UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN WATKINS,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>    Defendant. | NO. CV 15-2748-PSG (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the entire action is dismissed without prejudice for failure to prosecute.

DATED: 6/26/17

                                           PHILIP S. GUTIERREZ
                                           United States District Judge